IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Thomas Fowler**
\*
Plaintiff,
\*
v.                           Case No.   1:21-cv-02430-JRR
\*
**Tenth Planet, Inc. et al.**
\*
Defendants.

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## MEMORANDUM TO COUNSEL

This memorandum provides important information and instructions regarding scheduling and trial preparation.

I.   **JOINT PROPOSED PRE-TRIAL SCHEDULING ORDER**

The parties shall submit a jointly proposed pre-trial schedule using the attached draft scheduling order as guidance. The parties shall indicate whether the action is proceeding as a bench or jury trial, the expected length of trial, and provide the court with three dates on which the parties are available to begin the trial.  In order to ensure prompt attention by the court, once the proposed scheduling order has been entered, any requests for modifications shall be made by filing a motion via ECF within 14 days of issuance of the scheduling order.  The party proposing the modification shall indicate whether the modification is consented to in the motion.  The jointly proposed pre-trial scheduling order shall be filed via ECF by **Wednesday, October 25, 2023**.

II.  **JOINTLY PROPOSED PRE-TRIAL ORDER**

The pre-trial order must comply with all provisions of Local Rule 106.  The parties shall submit a jointly proposed pre-trial order by the date set forth in the scheduling order that includes the following:

1. Plaintiff's statement of facts and legal theories.
2. Defendant's statement of facts and legal theories.
3. Similar statements at to any counterclaim, crossclaim, or third-party claim.
4. Any amendments required of the pleadings.
5. Any issue in the pleadings that is to be abandoned.
6. Stipulations of fact.
7. Damages claimed.

8. Exhibits lists.
9. Witness lists.
10. Expert witnesses
11. Deposition designations.
12. Any other pretrial relief, including a reference to pending motions, which is requested.
13. Any other matters added by the court.

### III.     MOTIONS IN *LIMINE*

All motions in *limine* must include a certification that counsel met and conferred in a genuine and earnest effort to resolve the dispute that is the subject of the motion. Further, each motion in *limine* must indicate clearly on the first page whether the motion bears upon counsel's anticipated opening statement.

### IV.     VOIR DIRE, JURY INSTRUCTIONS, AND VERDICT FORMS

The parties shall submit jointly proposed voir dire and jury instructions. If the parties are unable to reach agreement, the proposal shall identify requests about which the parties do not agree, indicating which party is making the request and which party objects. This pertains to both voir dire and jury instructions. The parties may submit individually proposed verdict sheets. All proposed voir dire questions, jury instructions, and verdict forms shall be filed electronically via the CM/ECF system, submitted in hard copy to chambers, and emailed as Microsoft Word documents to: MDD_JRRChambers@mdd.uscourts.gov

Proposed jury instructions shall: (1) be typed one per page; (2) be numbered and assembled in the order in which you request they be read to the jury; and (3) include a citation of the authorities supporting the instruction. Ordinarily, requests for jury instructions should be based on Sand, Siffert, *et al.,* Modern Federal Jury Instructions, O'Malley, *et al*., Federal Jury Practice and Instructions, or, if applicable, Maryland Pattern Jury Instructions. Submissions shall be in Microsoft Word format with any changes or modifications made using the "Track Changes" function.

### V.     SCHEDULING CONFERENCE

If any party wishes to have a pre-trial conference, or to request any other trial-related assistance, please notify chambers following consultation with opposing counsel.

### VII.     GUARANTEEING WITNESS AVAILABILITY

Absent emergency circumstances, a party will guarantee the presence at trial of any witness that party lists in the pretrial order, in accordance with Local Rule 106.2.i., as "expecting to present" at trial.

**VIII.   EXHIBITS**

The parties shall advise the court at the pretrial conference if there are any objections to the documents and exhibits listed in the pre-trial order in accordance with Local Rule 106.2.g. Any objections not disclosed at that time, other than objections under FED. R. EVID. 401 and 403, shall be deemed waived at trial, unless excused for good cause shown. FED. R. CIV. P. 26(a)(3).

The parties shall provide three (3) courtesy copies of **joint trial exhibit binders** for use by the court room deputy, the witness, and the bench.  The binders shall be numbered as one in a series (*e.g.,* 1 of 2, 2 of 2).  Each binder shall include a full table of contents of all exhibits. All trial exhibits shall be tagged and numbered prior to trial in accordance with Local Rule 106.7.a. The parties shall meet with one another prior to trial to review and make available for copying one another's exhibits in accordance with Local Rule 106.7.b. In addition, the parties shall provide impeachment exhibits each intends to offer into evidence at trial. Impeachment exhibits need not be disclosed to other parties.

**IX.   USE OF COURTROOM EQUIPMENT**

The court has available for your use an electronic evidence presentation system, as well as a DVD player and video monitors.  If you would like to set up an information session with the Information Technology Department about the available technology in the courtroom, please contact chambers at least a month before trial to coordinate.  More information can be found on our court's website: https://www.mdd.uscourts.gov/courtroom-technology.  Please be prepared to advise me at the conference if you would like to use any courtroom equipment at trial.

**X.   TRIAL CONDUCT**

The parties shall familiarize themselves with, and abide by, the provisions of Local Rule 107 concerning trial conduct.

**X.   SETTLEMENT**

Unless the court is notified of any settlement no later than one full business day prior to the day on which the trial is scheduled to begin, jury costs will be imposed in accordance with Local Rule 107.4.  Ordinarily, in civil cases, 25–28 potential jurors are called as members of the venire panel and the cost per juror is approximately $70.

Although informal, this is an order of the court and shall be docketed as such.

Date:  October 11, 2023                                   /S/
                                                                    Julie R. Rubin
                                                                    United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

**[Plaintiff],**

      **Plaintiff,**

**v.**

**[Defendant]**

      **Defendant.**

**Civil Action No.**

## [PROPOSED] PRETRIAL SCHEDULING ORDER

| Event Description | Deadline |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosures | |
| Defendant's Rule 26(a)(2) disclosures | |
| Plaintiff's Rule 26(a)(2) rebuttal disclosures | |
| Plaintiff's supplementation of Rule 26(e)(2) disclosures and responses | |
| Close of expert discovery | |
| Plaintiff's draft pre-trial order due to Defendant | |
| Motions *in limine* | |
| Defendant's proposed revisions and additions to pre-trial order due to Plaintiff | |
| Oppositions to motions *in limine* | |
| Replies to oppositions to motions *in limine* | |
| Parties' jointly proposed pre-trial order | |
| Proposed voir dire, jury instructions, and special verdict forms | |
| Pretrial conference/motions *in limine* hearing | |
| Jury trial (include **APPROXIMATE DURATION**) | |