**IN THE U.S. DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **Thomas Fowler** | * | |
| **Plaintiff** | * | |
| **v.** | | **Case No. 1:21-cv-02430-JRR** |
| | * | |
| **Tenth Planet, Inc., *et al.*** | | |
| | * | |
| **Defendants.** | | |
| ______________________________________/ | | |

**PLAINTIFF'S MOTION TO FOR LEAVE TO FILE**
**REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S OBJECTION TO REPORT AND RECOMMENDATION**

Plaintiff Thomas Fowler ("Plaintiff"), by and through undersigned counsel, moves for leave to file a brief Reply to Defendants' Opposition to Plaintiff's Objection to Report and Recommendation, and for good cause, states as follows:

1. On June 18, 2024, pursuant to Court's Order, (ECF Doc. 72), Plaintiff filed a Motion for Attorneys' Fees and Costs. (ECF Doc. 73). Defendants Opposed that Motion, (ECF Doc. 74), and Plaintiff filed a Reply in response. (ECF Doc. 77). The Court then referred the matter to Magistrate Judge Coulson for a report and recommendation. (ECF Doc. 78).
2. Judge Coulson issued his "R&R" on August 9, 2024. Plaintiff sought only to object to a single, discrete issue of law. (ECF Doc. 80). Defendants filed an Opposition to Plaintiff's Objection to R&R on September 3, 2024. (ECF Doc. 82).
3. There is generally no right to reply to an opposition to an objection to an R&R. *See* Fed. R. Civ. P. 72(b) (providing only a right to object). A party may file a reply only if the Court grants permission. *Cf. Khoury v. Meserve*, 268 F.Supp.2d 600, 605 (D. Md. 2003)

("([s]urreplies may be permitted when the moving party would be unable to contest matters present to the court for the first time in the opposing party's reply.").

4. Plaintiff seeks the Court's permission to file a brief reply because Defendants' Opposition to Plaintiff's Objection to R&R includes a novel argument that was not raised in their filings below, *compare* (ECF Doc. 82, pg. 8) *with* (ECF Doc. 74, pg. 22-23), and therefore was neither considered nor discussed by either Judge Coulson in his R&R, or by Plaintiff in his Objection to R&R.

5. Because this argument was not raised until Defendants' Opposition to Plaintiff's Objection to R&R, Plaintiff (and Judge Coulson) was denied any opportunity to respond to or address this argument.

6. Therefore, Plaintiff seeks leave from the Court to file a very brief reply, attached hereto, because this is Plaintiff's first opportunity to respond to and address this novel argument from Defendants.

WHEREFORE, Plaintiff respectfully moves the Court to grant leave to Plaintiff to file the attached reply.

/s/ Jordan S. Liew________________________

Howard B. Hoffman (Federal Bar No. 25965)
Jordan S. Liew, Esq. (Federal Bar No. 20509)
Hoffman Employment Law, LLC
2400 Research Boulevard, Suite 380
Rockville, Maryland 20850
T: (301) 251-3752
F. (301) 251-3753 (fax)
hhoffman@hoholaw.com
jliew@hoholaw.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of September, 2024, a copy of the foregoing Plaintiff's Motion for Leave to File Reply to Defendants' Opposition to Plaintiff's Objection to Report and Recommendation, along with any and all Exhibits and other attachments, was filed via the Electronic Case Filing System (ECF) maintained by the U.S. District Court for the District of Maryland, and is available for viewing and downloading from the ECF system.

/s/ Jordan S. Liew________________
Jordan S. Liew